UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| HECTOR G.<br>    Plaintiff,<br><br>   v.<br><br>KILOLO KIJAKAZI, Commissioner of<br>Social Security Administration,<br>    Defendant. | C.A. No. 21-00511-MSM-LDA |

ORDER

Before the Court is the Report and Recommendation of Magistrate Judge Almond ("R&R") (ECF No. 18) recommending that Plaintiff's Motion to Reverse the Decision of the Commissioner (ECF No. 12) be DENIED and that the Commissioner's Motion to Affirm (ECF No. 15) be GRANTED and that Final Judgment enter in favor of the Defendant.

After careful review of the record and applicable law, and having heard no objections, the Court adopts the reasoning and recommendations of the R&R in full. Accordingly, Plaintiff's Motion to Remand the Decision of the Commissioner (ECF No. 12)  is DENIED, and Defendant's Motion to Affirm the Decision of the Commissioner (ECF No. 13) is GRANTED.  Final Judgment shall enter in favor of the Defendant.

IT IS SO ORDERED.

_____
Mary S. McElroy
United States District Judge

November 8, 2022